# TEXAS COURT OF APPEALS, THIRD DISTRICT, AT AUSTIN

## JUDGMENT RENDERED FEBRUARY 6, 2025

## NO. 03-23-00421-CV

**John Valentini, John Joseph Valentini Sr., and Lynn Marie Valentini, Appellants**

**v.**

**James Cordier and Michael Gross, Appellees**

## APPEAL FROM THE 425TH JUDICIAL DISTRICT COURT OF WILLIAMSON COUNTY
## BEFORE JUSTICES TRIANA, CRUMP, AND ELLIS
## AFFIRMED -- OPINION BY JUSTICE CRUMP

This is an appeal from the order granting special appearance signed by the trial court on April 17, 2023. Having reviewed the record and the parties' arguments, the Court holds that there was no reversible error in the order. Therefore, the Court affirms the trial court's order. Appellants shall pay all costs relating to this appeal, both in this Court and in the court below.